UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| CODY PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES FISH & WILDLIFE SERVICE; BRIAN NESVIK, in his official capacity as Director of the U.S. Fish & Wildlife Service; MATT HOGAN, in his official capacity as Regional Director, Mountain-Prairie Region of the U.S. Fish & Wildlife Service; UNITED STATES DEPARTMENT OF INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior,<br><br>Defendants, | Case No. 3:25-cv-00078<br><br>**DECLARATION OF SEAN LOFGREN** |

I, Sean Lofgren, make the following declaration:

1. I am employed as a Project Leader, Central North Dakota Complex, U.S. Fish and Wildlife Service. As part of my employment, I am familiar with the above-captioned case, Easement 69X, and the Service's rule governing drain tile setbacks on properties covered by wetland easements.

2. To the best of my knowledge, the enclosed files constitute the true and accurate administrative record for the agency decisions challenged in the Complaint filed in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: May 20, 2026

By: Sean Lofgren Digitally signed by SEAN LOFGREN
Date: 2026.05.20 14:09:08 -05'00'

SEAN LOFGREN
Project Leader
Central North Dakota Complex
U.S. Fish and Wildlife Service